# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138965

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

CHARLES EARL HOLMES,
   Defendant-Appellant.

 SC: 138965
 COA: 291350
 Hillsdale CC: 08-321830-FH

_____/

   On order of the Court, the application for leave to appeal the May 14, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2009

Clerk

d0909